U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
JAN 2 2 2007
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

RECEIVED
IN LAKE CHARLES, LA
JAN 31 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
LAKES CHARLES DIVISION

| | |
|---|---|
| ROBERT F. BRUCE, JR. ANITA J. BRUCE, individually and As administrators of the Estate of their Minor child, NICHOLAS BRUCE | CIVIL ACTION<br><br>NO. 06-CV-0840 |
| VERSUS | MAGISTRATE JUDGE WILSON |
| THE SUCCESSION OF DENNIS M. FISHER and SAFECO INSURANCE COMPANY OF AMERICA | JUDGE MINDALDI |

### JUDGMENT OF DISMISSAL

On Motion of all parties to this action, appearing through undersigned counsel, and on suggesting to the Court that all issues in the above entitled and numbered suit have been compromised, and that this suit should be dismissed with full prejudice, with Defendants to pay all costs of Court;

IT IS ORDERED, ADJUDGED AND DECREED that the above entitled and numbered suit be and it is hereby finally dismissed with full prejudice to all of the rights of Plaintiffs, with Defendants to pay all costs of Court.

JUDGMENT RENDERED, READ ALOUD AND SIGNED on this 30 day of _____, 2007

_____
JUDGE